# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

Clifford W. Taylor,
Chief Justice

128900

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PAMELA AVERY, Personal Representative
of the Estate of DEVIN JAMAAR BLEVINS,
Deceased,
      Plaintiff-Appellee,

v

CHARLES ROBERTS, EMMANUEL
CALZADA and LAVISHIA WHITFIELD,
      Defendants-Appellants,

and

CITY OF DETROIT and BRIAN NICHOLS,
      Defendants.
_____/

SC: 128900
COA: 253068
Wayne CC: 02-227022-NI

On order of the Court, the application for leave to appeal the March 22, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

_____
Clerk

p0123